**Order entered November 5, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01027-CR
### No. 05-13-01028-CR
### No. 05-13-01029-CR
### No. 05-13-01030-CR

## ANGELA KAY TAYLOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F13-55645-Q, F13-30649-Q, F13-55642-Q, F12-40522-Q

## ORDER

The Court **REINSTATES** the appeals.

On October 31, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the October 31, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/  LANA MYERS
    JUSTICE